

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CACTUS WATER SERVICES, LLC, | § | No. 08-22-00037-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| COG OPERATING LLC, FROM REEVES, | § | of Reeves County, Texas |
| | § | (TC# 20-03-23456-CVR) |
| Appellee. | § | |
| | § | |

## **O R D E R**

The Court, on its own motion, VACATES the setting of February 23, 2023, at 9:00 a.m., for submission with oral argument. The setting will be rescheduled on a later date with due notice provided.

IT IS SO ORDERED this 6th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.